UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SWATI BHAKTA-GALLIER, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. 4:17-CV-3178 § TENET HEALTHCARE CORPORATION, § § § Defendant. § | |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal filed on June 20, 2018 (Doc. 13), this case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED at Houston, Texas, this 12th day of July, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE